UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBERT WILLIAMS,<br>an individual, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. CIV-22-773-G<br>) |
| TOWN OF JONES CITY,<br>an Oklahoma municipality, et al., | )<br>)<br>) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Court's order issued this same date, this matter is DISMISSED without prejudice.

ENTERED this 29th day of September, 2023.

_____
CHARLES B. GOODWIN
United States District Judge