# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **ROBERT WILLIAMS,** an individual, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. CIV-22-773-G |
| **TOWN OF JONES CITY,** an Oklahoma municipality, et al., | ) ) ) ) |
| Defendants. | ) |

## AMENDED JUDGMENT

In accordance with the Court's orders, Plaintiff's federal claims are DISMISSED without prejudice. Plaintiff's claims arising under state law are REMANDED to the District Court of Oklahoma County, Oklahoma.

ENTERED this 6th day of May, 2024.

CHARLES B. GOODWIN
United States District Judge